# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| ROBERT CROWDER, JR., | : | Case No. 3:21-cv-104 |
| | : | |
| Plaintiff, | : | Magistrate Judge Sharon L. Ovington |
| | : | |
| vs. | : | |
| | : | |
| RUSSELL JOSEPH, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## NOTICE TO PRO SE PLAINTIFF OF MOTION TO DISMISS

You are hereby notified that Defendants filed a Motion to Dismiss on May 7, 2021. (Doc. #6). You should receive a copy of the Motion directly from Defendant.

Your response must be filed with the Court not later than **June 1, 2021**. If you fail to file a timely response, Defendants' Motion to Dismiss may be granted and your case dismissed.

May 10, 2021

_____
Sharon L. Ovington
United States Magistrate Judge